UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA           )
                                   )
                                   )
                                   )
VS                                 )           CR No. 25-cr-00021-MSM
                                   )
                                   )
EDWARD ANTONIO REYES CALDERON      )

**NOTICE OF DEFENDANT'S INTENTION TO PLEAD GUILTY
AND MOTION FOR CHANGE OF PLEA HEARING**

Now comes Edward Antonio Reyes Calderon, the Defendant in the above captioned matter, by and through his counsel, and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, notifies the Court of his intention to plead guilty to the information filed in this matter on March 12, 2025. (ECF#9).

Mr. Reyes Calderon moves the Court to schedule an arraignment and change of plea hearing at its earliest convenience.

Respectfully submitted,

EDWARD ANTONIO REYES CALDERON
By his attorney,

*/s/ Joanne M. Daley*
Joanne M. Daley, BBO #653375
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
joanne_daley@fd.org

**CERTIFICATION**

I hereby certify that a copy of this motion was delivered by electronic notification to Peter Roklan and Taylor Dean, Assistant United States Attorneys on March 17, 2025.

*/s/ Joanne M. Daley*