Dear Judge McElroy:

It was never my intention to hurt anyone or even touch the ICE officers. When I saw them, I only thought about my child and that they were going to take me away from her. I just wanted to get back to my newborn daughter. She was born three days earlier and there were complications. She was premature and swallowed fluid during the birth. She ended up staying in the NICU for 10 days. My wife was sleeping every night in the hospital on a couch in the baby's room.

I saw the judge in state court the day I was arrested by ICE. I had an open case because I had an argument with my neighbor, and I keyed his car. When the judge told me I was free to go and gave me my next court date I was happy because I knew I could go straight to the hospital to see my wife and baby. In that moment outside when I saw the ICE officers, I just wanted to run. When they grabbed me, I just wanted to get away and not get hurt and get to my baby.

I also thought about the videos I had seen online of people who look like me getting stopped, hurt, and taken by ICE. I was afraid for myself. I was terrified that I would never see my child again. I was scared for my wife who was all alone without me after giving birth.

My mother left me in Venezuela when I was 14 years old. I was shot by the people who were threatening her because I was the only one left for them to go after. I think this has stayed with me because I am always afraid of being attacked again.

I wish they told me in the courtroom that ICE was waiting for me outside. I would have been ready for them, and I wouldn't have panicked. I would like to say sorry to anyone I hurt. I want to say sorry to each and every one of them.

I understand that my mother thought she had no choice but to leave me in Venezuela. My father was never really involved in my life. When my daughter was born, I promised her that I would never leave her and that I would always be with her.

I know because of this mistake I made; I have taken myself out of her life. Since I have been here at Wyatt, I have seen my daughter twice on the tablet. I held her for the first and last time the day she was born. I couldn't hold her after she was

moved to the NICU. I have missed so much, and I know it may be a long time before I can hold her again.

That's all I want to do. I want to get back to Venezuela and help my wife and daughter get back there too so I can hold my child again.

I have extended family in Venezuela including my grandmother. She lives with my uncle. They know my situation and my mother told me they are waiting for me to help me.

I want to be deported back to my country as soon as possible. I have concerns about Venezuela and the danger I may still face there. I am scared but I would rather be there than here in jail and away from my wife and daughter any longer. I hope to resettle my family in Peru to be closer to my mother. I haven't seen her for 8 years.

I again want to say how sorry I am for making this mistake. I know it's not an excuse to say that I was scared and panicked. But I truly never intended to hurt anyone. I have never assaulted anyone in my life.

Your honor, I hope that in reading my letter you can see who I am and understand why I reacted the way I did. I pray that you give me the chance to prove that I am not a violent or angry person. I am a family man, and I just want to do right by my wife and daughter.

Thank you so much for reading this letter.[1]

Sincerely,

Edward Reyes Calderon

---

[1] Letter from defendant translated by Fiorella Castillo Velez, Office of the RI Federal Public Defender.